5215. ₀ UNITED MOTOR ATLANTA CO. *v.* PAXSON BROTHERS.

POTTLE, J.    1. The evidence did not demand a finding in favor of the plaintiff for the full amount sued for, and the discretion of the trial judge in granting a first new trial will not be disturbed.

2. On another trial, if it appears that the automobile, for the purchase-price of which suit was brought, was sold to the defendants under a contract containing a limited warranty, they can not insist upon any warranty other than that embraced in the contract. *Cochran* v. *Jones,* 11 *Ga. App.* 302 (75 S. E. 143). Moreover, if the defendants rely upon an express warranty, they can not defend upon proof of an implied warranty. *Johnson* v. *Latimer,* 71 *Ga.* 470 (2); *Brooks Lumber Co.* v. *Case Threshing Machine Co.,* 136 *Ga.* 754 (72 S. E. 40). The evidence was sufficient to raise an issue of fact upon the plea of partial failure of consideration, and did not demand a finding that the machine was not in some respects deficient.          *Judgment affirmed.*

DECIDED JANUARY 20, 1914.

Affidavit of illegality; from city court of Abbeville—Judge Nicholson. August 15, 1913.

*Hal Lawson, J. M. Bleckley,* for plaintiffs in error.

*M. B. Cannon,* contra.